Cause No. D-1-GN-23-002616

| | | |
|---|---|---|
| **DAVID SAUCEDO,** | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | TRAVIS COUNTY, TEXAS |
| | § | |
| **TEXAS MEDICAL BOARD,** | § | |
| | § | |
| *Defendant.* | § | 126th  JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 11:49:54 AM
CHRISTOPHER A. PRINE
Clerk

_____

### ORDER GRANTING DEFENDANT
### TEXAS MEDICAL BOARD'S PLEA TO THE JURISDICTION

This matter came before the Court upon Defendant Texas Medical Board's (TMB) Amended Plea to the Jurisdiction (the "Plea").  After considering TMB's Plea, the response, Plaintiff's Original and all Amended Petitions, any evidence at the hearing, the arguments and authorities presented by counsel, and applicable law, the Court concludes that TMB's Plea is well taken and should be granted.

Accordingly, it is ORDERED that TMB's Plea be and is GRANTED.  It is further ORDERED that all of Plaintiff's claims against TMB are DISMISSED.

This judgment disposes of all claims against TMB and is final and appealable. All requested relief not specifically granted herein is denied.

Signed on October 20, 2025.

_____
PRESIDING JUDGE